UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TIEESHA HOUSE,

        Plaintiff,

                                                                                **JUDGMENT**

- against -                                            17-CV-6041 (RRM)

COMMISSIONER OF SOCIAL SECURITY,

        Defendants.
------------------------------------------------------------------X

A Memorandum and Order of the undersigned dated September 26, 2019 having been issued denying defendant's motion for judgment on the pleadings, it is hereby:

ORDERED, ADJUDGED AND DECREED that this action is remanded to the Commissioner of Social Security for further proceedings.

                                                                              SO ORDERED.

Dated: Brooklyn, New York                      *Roslynn R. Mauskopf*
       September 26, 2019                          _____
                                                            ROSLYNN R. MAUSKOPF
                                                            United States District Judge